UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL ACTION NO. 2:16-00101

**CHRISTIAN BOWLES**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On April 22, 2019, the United States of America appeared by Drew O. Inman, Assistant United States Attorney, and the defendant, Christian Bowles, appeared in person and by his counsel, Gary A. Collias, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Lilla Adkins. The defendant commenced a three-year term of supervised release in this action on August 11, 2017, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on December 8, 2016.

The court heard the admissions of the defendant, the evidence and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant violated federal and state law inasmuch as on August 2, 2018, he possessed with intent to distribute 214.36 grams of 97% pure methamphetamine as more fully set forth on the record of the hearing, all of which is incorporated herein by reference; (2) the defendant violated state and local law inasmuch as on February 5, 2019, he committed the offense of domestic assault against his girlfriend as more fully set forth on the record of the hearing, all of which is incorporated herein by reference; and (3) the defendant failed to submit to random urine screens as directed by the probation officer on October 18, 2018, January 8 and February 11, 2019, as evidenced by his admission on the record of the hearing; all as set forth in the petition on supervised release. The government did not pursue Violation No. 3 as set forth on the record.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY-FOUR (24) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

**Recommendation**:  The court recommends that the defendant be designated to FCI Elkton.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 2, 2019

John T. Copenhaver, Jr.
Senior United States District Judge